

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,729-01

### EX PARTE WILLIAM ISAAC HOFF, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 09-9-24700-A-1 IN THE 24TH DISTRICT COURT
### FROM VICTORIA COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of taking a weapon from a peace officer and sentenced to ten years' imprisonment. He did not appeal his conviction.

Applicant alleges that the trial court forced him into and unlawfully placed him on probation before that probation was revoked, improperly cumulated the ten year sentence imposed upon revocation on another sentence, forced ineffective trial counsel on him, and refused to award pre-sentence confinement credit against the ten year sentence. This Court has independently reviewed the habeas record. Applicant's claim regarding the award of pre-sentence confinement credit is dismissed. *See Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004). The remaining claims lack merit and are denied.

Filed: March 18, 2015
Do not publish